# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | **Voluntary Petition** |

| | |
|---|---|
| NAME OF DEBTOR | JOINT DEBTOR |
| **Matthew Phillip Arguin, Sr.** | **Marie Louise Arguin** |
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (including married,maiden & trade) | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS(including married,maiden & trade) |
| SOC. SECURITY #/TAX I.D. NO (if more than one, state all)   IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION  & COMMIT PERJURY!!! (Last 4 digits of Social) | SOC. SECURITY #/TAX I.D. No (if more than one, state all) IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) |
| **\*\*\*-\*\*-8543** | **\*\*\*-\*\*-7351** |
| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
| **585 E. Thornhill Dr Apt 319** <br> **Carol Stream IL 60188** | **585 E. Thornhill Dr Apt 319** <br> **Carol Stream IL 60188** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| **Dupage** | **Dupage** |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (IF DIFFERENT FROM STREET ADDRESS ABOVE)

*NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)

[x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| TYPE OF DEBTOR (Check all boxes that apply) | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7       [ ] Chapter 11      [X] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9      [ ] Chapter 12     [ ] |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec 304 0– Case ancillary to foreign proceeding |
| [ ] Other_____ | | |

NATURE OF DEBTS (Check one box)
[x] Consumer/Non-Business   [ ] Business

CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. S101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. Sec.1121(e) (Optional)

FILING FEE (Check one box)
[x] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court consideration certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b) See Official Form No. 3

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors
[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, t creditors.

```
        U.S. Bankruptcy Court
      Northern District Of Illinois
  Filed: 11/01/2004
  Time: 11:20:43
  Debtor: MATTHEW PHILLIP ARGUIN
  Case: 04-40369      Fee : 194
  Chapter: 13 Rec. # : 3108894
  Judge: John Squires
  341 mtg: 12/08/2004 @ 10:00AM
  ConfHrg: 12/17/2004 @ 11:30AM
  Trustee: GLENN STEARNS
```

| | | |
|---|---|---|
| ESTIMATED NO. OF CREDITORS | [x] | 32 |
| ESTIMATED ASSETS | [x] $ | 177,640 |
| ESTIMATED DEBTS | [x] $ | 195,747 |

1:04BK40369-BK001

Voluntary Petition

NAME OF DEBTOR(s)

**Matthew Phillip Arguin, Sr.**

(This page must be completed and filed in every case)

**Marie Louise Arguin**

| I STATE THAT I FILED THE FOLLOWING OTHER BANKRUPTCY CASES WITIIN LAST 6 YEARS (IF BLANK, THIS IS FIRST IN 6 YRS | | |
|---|---|---|
| LOCATION WHERE FILED:<br>Fortworth, TX | CASE NO. | DATE FILED<br>02/2001 |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR(S) | | |
|---|---|---|
| NAME OF DEBTOR: | CASE NUMBER: | DATE: |
| DISTRICT | RELATIONSHIP: | JUDGE: |

**Exhibit A** (To be completed only if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) fo the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

_____Exhibit A is attached and made a part of this petition

Exhibit C   Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  NO   If yes and Exhibit C is attached and made a part of this petition   _____XXXX No

Signature of Non-Attorney Petition Preparer    I certify that I am a bankruptcy petition preparer a defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document Printed Name of Bankruptcy Petition Preparer_____ Social Sec#_____ Address _____
X_____ Signature of Bankruptcy Petition Preparer   A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment of both 11 U.S.C. 110; 18 U.S.C. 156.

# DEBTOR (S) READ ENTIRE PETITION  SIGN,  AND DATE BELOW & EVERY OTHER PAGE REQUIRED

I declare under penalty of perjury that the information provided in this petition is true and correct.    I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, U.S. Code, understand the relief available under each Chapter and choose to proceed.  I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

Dated: _10/29/2004_      **Sign: X** _____
Matthew Phillip Arguin, Sr.

Dated _10/29/2004_      **Sign: X** _____
Marie Louise Arguin

Exhibit B - Signature of Attorney

Attorney Name: _WILLIAM MURPHY_     Bar No. _6272766_

Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800
312.332.6354 Fax

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of the , United States Code, and have explained the relief available under each Chapter.

Attorney Name: _____     Dated: _11/01/2004_

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code. This information is intended to make you aware of ...

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the bankruptcy code.

There are many other provisions of the Bankruptcy Code that may affect you situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specifc case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules.   A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained throught fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make false oath.  Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future.  Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own.  Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law.  You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there  may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order OR within
sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later.  If you reaffirm a debt and fail to
make payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that
was given as security for the loan and you may remain personally liable for any remaining debt.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code.  Under chapter 7, a trustee is appointed to collect and sell, if economically feasibile, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals.  Creditors vote on whether to accept or reject a plan, which also must be approved by the court.  While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession  and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court.  Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court.  The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,0000 ($307,000 in unsecured debts and $922,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TOYOUR SPECIFIC CASE.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re    **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. :

Attorney for Debtor: Mark E Levine

### STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1. The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

   For legal services rendered, Debtor(s) agrees to pay                  $        2,700
   Prior to the filing of this Statement, Debtor(s) has paid             $            0
   Balance Due *in plan*                                                -$        2,700

2. The Filing Fee has been paid.

3. The Service rendered or to be rendered include the following:

   (a) Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file a petition under Title 11, U.S.C.
   (b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) Representation of the client at the first meeting of creditors.
   (d) Advice as required.

4. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and none other.

5. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed and none other.

6. The undersigned has received no transfer, assignment or pledge of property from the debtor(s) except the following for the value stated:  None.

7. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid without the client's consent, except as follows:  None.

Dated:  **11** /  **01** /2004

Respectfully submitted,

Attorney Name: 

Bar No: **627 2766**

Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800

BY WHOM

In re:    **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| **9808 Maple Drive, Aubrey, TX 76227 (SURRENDERING)** | | | $ 156,000 | $ 156,700 |
| | | Total | $ 156,000 | |

---

In re:    **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE B  -  PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed    only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| **01. Cash on Hand** | | [x] None |
| **02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or cooperatives.** | | |
|     **TCF Bank - Checking Acct** | | $     5 |
|     **TCF Bank - Savings Acct** | | $     5 |
| **03. Security Deposits with public utilities, telephone companies, landlords and others.** | | |
|     **Security Deposit with LL $140, no current value to Debtor.** | | None |
| **04. Household goods and furnishings, including audio, video, and computer equipment.** | | |
|     **Household goods; TV, VCR, computer, loveseat, recliner, table, chairs, lamps, dining set,  pots/pans, dishes/flatware, work tools** | | $   1,000 |
| **05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | |
|     **Books, Compact Discs, Tapes/Records, Family Pictures** | | $     30 |

In re:    **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed    only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 06. Wearing Apparel | | |
|    **Necessary wearing apparel** | | $   400 |
| 07. Furs and jewelry. | | |
|    **Earrings, watch, costume jewelry** | | $    40 |
| 08. Firearms and sports, photographic, and other hobby equipment. | | [x] None |
| 09. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | [x] None |
| 10. Annuities | | [x] None |
| 11. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. | | |
|    **Pension w/ Employer - 100% Exempt.** | | $  6,000 |
| 12. Stocks and interests in incorporated and unincorporated businesses. | | [x] None |
| 13. Interest in partnerships or joint ventures. | | [x] None |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | [x] None |
| 15. Accounts receivable | | [x] None |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled | | [x] None |
| 17. Other liquidated debts owing debtor including tax refunds. | | [x] None |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | [x] None |
| 19. Contingent and Non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | [x] None |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff claims.  Give estimated value of each. | | [x] None |
| 21. Patents, copyrights and other intellectual property. | | [x] None |
| 22. Licenses, franchises and other general intangibles. | | [x] None |
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | |
|    **Americredit - 2001 Mitsubishi Galant ES w/over 87,000K** | H | $  6,150 |
|    **AmeriCredit - 2001 Nissan Sentra GXL w/over 35,000K** | J | $  8,050 |

In re:    **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 24. Boats, motors and accessories. | | [x] None |
| 25. Aircraft and accessories. | | [x] None |
| 26. Office equipment, furnishings, and supplies. | | [x] None |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | [x] None |
| 28. Inventory | | [x] None |
| 29. Animals | | [x] None |
| 30. Crops-Growing or Harvested. | | [x] None |
| 31. Farming equipment and implements. | | [x] None |
| 32. Farm supplies, chemicals, and feed. | | [x] None |
| 33. Other personal property of any kind not already listed. | | [x] None |

Total    $ 21,680

---

In re:    **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

[] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or | | | |
| TCF Bank - Checking Acct | 735 ILCS 5/12-1001(b) | $ 5 | $ 5 |
| TCF Bank - Savings Acct | 735 ILCS 5/12-1001(b) | $ 5 | $ 5 |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | | |
| Household goods; TV, VCR, computer, loveseat, recliner, table, chairs, lamps, dining set, pots/pans, dishes/flatware, work tools | 735 ILCS 5/12-1001(b) | $ 1,000 | $ 1,000 |

In re:   **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

# SCHEDULE C - PROPERTY CLAIMED EXEMPT

[] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| **05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | | |
| Books, Compact Discs, Tapes/Records, Family Pictures | 735 ILCS 5/12-1001(a) | $    30 | $    30 |
| **06. Wearing Apparel** | | | |
| Necessary wearing apparel | 735 ILCS 5/12-1001(a),(e) | $    400 | $    400 |
| **07. Furs and jewelry.** | | | |
| Earrings, watch, costume jewelry | 735 ILCS 5/12-1001(b) | $    40 | $    40 |
| **11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans.** | | | |
| Pension w/ Employer - 100% Exempt. | 735 ILCS 5/12-1006 | $  6,000 | $  6,000 |
| **23. Autos, Truck, Trailers and other vehicles and accessories.** | | | |
| Americredit - 2001 Mitsubishi Galant ES w/over 87,000K | 735 ILCS 5/12-1001(c) | $  1,200 | $  6,150 |
| AmeriCredit - 2001 Nissan Sentra GXL w/over 35,000K | 735 ILCS 5/12-1001(c) | $  1,200 | $  8,050 |

BY  WHOM

In re: **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors of all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor's Name and Mailing address including Zip Code | Date claim was incurred, nature of lien and description and market value of property subject to lien | HWJC Co-Debtor | UNLIQUIDATED | DISPUTED | CONTINGENT | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|---|---|---|
| 1 **Americredit** | Lien on Vehicle | | | | | $ 16,517 | $ 10,367 |
| Account No. 412042681 Bankruptcy Department PO Box 351 Fortworth TX 76101 | Value: $ 6,150 Americredit - 2001 Mitsubishi Galant ES w/over 87,000K | H | | | | | |
| 2 **AmeriCredit** | Lien on Vehicle | | | | | $ 10,000 | $ 1,950 |
| Account No. 419312269 Bankruptcy Department PO Box 351 Fortworth TX 76101 | Value: $ 8,050 AmeriCredit - 2001 Nissan Sentra GXL w/over 35,000K | J | | | | | |
| 3 **Denton County Tax** | 2003-04 Property Taxes | | | | | $ 6,000 | $ 0 |
| Account No. R0246252 Bankruptcy Dept Po Box 90223 Denton TX 76202 | Value: $ 156,000 9808 Maple Drive, Aubrey, TX 76227 (SURRENDERING) | | | | | | |
| 4 **First Franklin** | 1999 Mortgage | | | | | $ 150,000 | $ 0 |
| Account No. Bankruptcy Department PO Box 1838 Pittsburgh PA 15230 | Value: $ 156,000 9808 Maple Drive, Aubrey, TX 76227 (SURRENDERING) | | | | | | |
| 5 **Providence Homeowners Assoc** | 2004 Mortgage - Second | | | | | $ 700 | $ 0 |
| Account No. PR1-070 c/o Bird & shaw 4114 McMillan Ave. Dallas TX 75206 | Value: $ 156,000 9808 Maple Drive, Aubrey, TX 76227 (SURRENDERING) | | | | | | |

TOTAL    $    183,217

In Re:  **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE E - CREDITORS HOLDING <u>UNSECURED</u> PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labled "HWJC".

Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a) (7).

Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a) (8).

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | HC WO JN CTI N G E N T | U N L I Q U I D A T E D | DI S P U T E D | Claim Amount and Notes* |
|---|---|---|---|---|---|

---

**[x] None**

---

|  | Description | | | BY WHOM |
|---|---|---|---|---|

In re:  **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred Account # | hwjc | Claim Amount Consideration for claim |
|---|---|---|---|

---

| 1 | **Capital One** | 2004 | W | $  650 |
|---|---|---|---|---|
|  | Account No.  4388642083367253 | Credit Card or Credit Use | | |
|  | Bankruptcy Department PO Box 34631 Seattle WA 98124-1631 | | | |
|  | National Action Fin. Services Attn: Bankruptcy Department 3587 Parkway Ln Norcross GA 30010 | Representing:   <u>Capital One</u> | | |

In re: **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred Account # | Claim Amount Consideration for claim hwjc | |
|---|---|---|---|
| 2 **CBA Collection Bureau** | 2003 | H | |
| Account No.  8350657 | Credit Extended to Debtor(s) | | $ 500 |
| Bankruptcy Dept 25954 Eden Landing Rd Haywood CA 94545 | | | |
| 3 **Central DuPage Hospital** | 08/04 | W | |
| Account No.  3816684 | Medical/Dental Services | | $ 900 |
| Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | |
| 4 **Central DuPage Hospital** | 2004 | W | |
| Account No.  3815888 | Medical/Dental Services | | $ 200 |
| Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | |
| 5 **Central DuPage Hospital** | 08/04 | W | |
| Account No.  3817408 | Medical/Dental Services | | $ 2,325 |
| Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | |
| 6 **Christopher Baily D.C** | 2003 | H | |
| Account No.  1000 3043 | Medical/Dental Services | | $ 200 |
| Bankruptcy Dept 721 I 35 E. South Ste 140 Denton TX 76205 | | | |
| 7 **Coserve Electric** | 2000 | J | |
| Account No.  1850500722 | Utility Bills/Cellular Service | | $ 300 |
| Bankruptcy Dept 7701 S. Stemmons Hwy Corinth TX 76210 | | | |

In re: **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | | Claim Amount<br>Consideration for claim<br>hwjc |
| --- | --- | --- | --- |
| 8 **Denton Medical Center**<br>Account No.  2938202<br><br>C/O Ansher Collections Svcs<br>1816 3rd Ave N<br>Birmingham AL 35203 | 01/04<br><br>Medical/Dental Services | H | $ 200 |
| 9 **Denton Regional Health**<br>Account No.  4891833<br><br>Bankruptcy Dept<br>Po obx 2548<br>Sherman TX 75091 | 2000<br><br>Medical/Dental Services | H | $ 400 |
| 10 **Denton Regional Medical Ctr**<br>Account No.  10475026 10923051<br><br>C/O Corp Of America<br>400 E. Anderson Ln Ste 300 Po Box 16468<br>Austin TX 78761 | 2002<br><br>Medical/Dental Services | J | $ 120 |
| 11 **Dinton Medical Center**<br>Account No.  6124521<br><br>Bankruptcy Dept<br>220 Sunset Blvd Ste A<br>Sherman TX 75092 | 07/03<br><br>Medical/Dental Services | H | $ 100 |
| 12 **DirecTV**<br>Account No.  21804072<br><br>Attn: Bankruptcy Dept.<br>PO Box 9001069<br>Louisville KY 40290<br>    Collectech Systems, Inc.<br>    Attn: Bankruptcy Department<br>    PO Box 4157<br>    Woodland Hills CA 91365 | 08/04<br><br>Utility Bills/Cellular Service<br><br>Representing:     DirecTV | H | $ 200 |

In re: **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | | Claim Amount<br>Consideration for claim<br>hwjc | |
|---|---|---|---|---|
| 13 **Financial Control Group**<br>Account No.  11802600161362<br><br>Bankruptcy Dept<br>Po BOx 21626<br>Waco TX 76702 | 2002<br><br>Credit Extended to Debtor(s) | H | $ | 150 |
| 14 **Get Smart Visa**<br>Account No.  518913100703<br><br>Bankruptcy Department<br>PO Box 9539<br>Manchester NH 03108-9539<br>        PVN/C<br><br>        Po Box 9201<br>        Old Bethpage NY 11804 | 2000<br><br>Credit Card or Credit Use<br><br><br>Representing:        Get Smart Visa | H | $ | 2,000 |
| 15 **Lab Corp**<br>Account No.  08 006369227<br><br>C/O Credit Collections Svcs<br>2 Wells Ave<br>Newton MA 02459 | 01/04<br><br>Medical/Dental Services | J | $ | 15 |
| 16 **Medical Imaging Of Denton**<br>Account No.  40001307<br><br>Bankruptcy Dept<br>Po Box 814310<br>Dallas TX 75381-4310 | 12/03<br><br>Medical/Dental Services | J | $ | 50 |
| 17 **Mohrokh A. Hedayatil M.D**<br>Account No.  ARGMA000<br><br>Bankruptcy Dept<br>319 N. Bonnie Brae<br>Denton TX 76201 | 1999<br><br>Medical/Dental Services | J | $ | 100 |

In re:  **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| # | Creditor Name and Address | Date Claim Was Incurred / Account # | hwjc | Claim Amount Consideration for claim |
|---|---|---|---|---|
| 18 | **Orchard Bank** | 2001 | W | $  1,100 |
| | Account No.  5489555102865823 | Credit Card or Credit Use | | |
| | Attn: Bankruptcy Dept. 941 Corporate Center Dr. Pomona CA 91768-2642 | | | |
| 19 | **Orchard Bank** | 2001 | H | $  1,100 |
| | Account No.  5489555107428148 | Credit Card or Credit Use | | |
| | Attn: Bankruptcy Dept. 941 Corporate Center Dr. Pomona CA 91768-2642 | | | |
| 20 | **Paramount Cardio Associates** | 2003 | W | $  100 |
| | Account No.  ZD14868523 | Medical/Dental Services | | |
| | Bankruptcy Dept 319 N. Bonnie Brae Denton TX 76201 | | | |
| 21 | **Paramount Recovery** | 2003 | H | $  200 |
| | Account No.  MACS0PM5100299949 | Credit Extended to Debtor(s) | | |
| | Bankruptcy Dept 111 E. Center St Lorena TX 76655 | | | |
| 22 | **Providence** | 08/04 | J | $  200 |
| | Account No.  003075000 | Utility Bills/Cellular Service | | |
| | C/O Mustang Water 5315 US Highway 377 S. Aubrey TX 76227 | | | |
| 23 | **Quest Diagnostics, Inc.** | 2004 | J | $  810 |
| | Account No.  3058350122 | Medical/Dental Services | | |
| | Bankruptcy Department PO Box 64500 Baltimore MD 21264-4500 | | | |

**In re:**  **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim |
|---|---|---|
| | | hwjc |

| # | Creditor Name and Address | Date Claim Was Incurred / Account # | HWJC | Claim Amount |
|---|---|---|---|---|
| 24 | **SBC**<br>Account No.  9403653608766<br><br>Bankruptcy Department<br>PO Box 5072<br>Saginaw MI 48605-5072 | 09/04<br>Utility Bills/Cellular Service | H | $ 250 |
| |     Money Control, Inc.<br>    Bankruptcy Department<br>    7891 Mission Grove Pky.<br>    South Suite A<br>    Riverside CA 925508 | Representing:      SBC | | |
| 25 | **Simply Wireless**<br>Account No.<br><br>Bankruptcy Dept<br>2730 Prosperity Ave<br>Fairfax VA 22031 | 03/03<br>Utility Bills/Cellular Service | H | $ 150 |
| 26 | **Ted Dunson DDS**<br>Account No.<br><br>2446 Lillian Pkwy Ste B<br>Denton TX 76205 | 09/04<br>Medical/Dental Services | W | $ 100 |
| 27 | **West Central Anesgroup**<br>Account No.  09509435<br><br>Bankruptcy Dept<br>Po BOx 1123<br>Jackson MI 49204-1123 | 08/04<br>Medical/Dental Services | W | $ 110 |
| | | TOTAL | | $ 12,530 |

In re: Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors

Case No. : _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing address all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of credit

| Name and Address of Other Parties to Instrument | Notes of contract or Lease and Debtor's Interest |
|---|---|

**[x] None**

In re: Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors

Case No. : _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|

**[x] None**

In re: **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Dependent(s)　　　　　M.A age: 8 dependent
　　　　　　　　　　　　A.M age: 3/Mts dependent

**Debtor's Marital Status:**
**Married**

**EMPLOYMENT:**　　　　　　　　　　　　　　　　　SPOUSE
Occupation:　　　　　J.A Aviation Mechanic　　　　Unemployed
Name of Employer:　　DuPage Airport
Years Employed　　　　3/Mtd
Employer Address:　　　3N060 Powis Rd

　　　　　　　　　　　West Chicago　　　IL　60185

| | DEBTOR | SPOUSE |
|---|---|---|
| **INCOME:** | | |
| Current monthly gross wages, salary, and commissions | 4,060.33 | 0.00 |
| Estimated Monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | | |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | 693.33 | 0.00 |
| b. Insurance | 277.33 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other:　　Pension | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $970.67 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 3,089.66 | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social Security or other government assistance | $ 0.00 | |
| | | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | |
| | | $ 0.00 |
| **TOTAL MONTHLY INCOME** | $ 3,089.67 | $ 0.00 |
| **TOTAL COMBINED MONTHLY INCOME** | $ 3,089.67 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:

In re: **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

: _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | 1st Mortgage/Rent | 1,065.00 |
| Are real estate taxes included?          [x] Yes [ ] No | 2nd  Mortgage | 0.00 |
| Is property insurance included?          [x] Yes [ ] No | 3rd Mortgage | 0.00 |
| Utilities:     Electricity and heating fuel | $ | 55.00 |
| Water and Sewer | $ | 36.00 |
| Telephone | $ | 75.00 |
| Other | $ | 0.00 |
| | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 450.00 |
| Clothing | $ | 100.00 |
| Laundry and Dry Cleaning | $ | 40.00 |
| Medical and Dental expenses , Rx Medicines | $ | 200.00 |
| Transportation (not including car payments) | $ | 201.00 |
| Recreation, clubs, and entertainment,  etc. | $ | 0.00 |
| Newspapers, Magazines | $ | 10.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or Renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 120.00 |
| Other | | |
| Taxes (not deducted from wages or included in home mortgage payments.) | $ | 0.00 |
| Installment Payments: | | |
| Auto | $ | 0.00 |
| Other | | |
| Auto Repair | $ | 50.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, farm (attach detailed statement) | | |
| Other   Haircuts | $ | 50.00 |
| Personal Care, Non-Rx,Toiletries,Cleaning Supplies | $ | 30.00 |
| Postage/Banking | $ | 6.00 |
| Contacts | $ | 35.00 |
| Babysitting/Childcare | | |
| Tuition, Books | $ | 0.00 |
| Student  Loans | $ | 0.00 |
| | $ | 0.00 |
| | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$** | **2,523.00** |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 3,089.67 |
| B. Total projected monthly expenses | $ | 2,523.00 |
| C. Excess income (A minus B) | $ | 566.67 |

In re: **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

:  _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

D. Total amount to be paid into plan monthly                                    $      565.00

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:

**Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Attorney for Debtor: Mark E Levine                    Case No.

For: Peter Francis Geraci

### SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES / NO) | PAGES | AMOUNTS ASSETS | SCHEDULED LIABILITIES | OTHER |
|---|---|---|---|---|---|
| SCHEDULE A - Real Property | Yes | 1 | 156,000 | | |
| SCHEDULE B - Personal Property | Yes | — | 21,640 | | |
| SCHEDULE C - Exempt | Yes | — | | | |
| SCHEDULE D - Secured | Yes | — | | 183,217 | |
| SCHEDULE E - UnSecured Priority | Yes | 1 | | | |
| SCHEDULE F - UnSecured NonPriority | Yes | — | | 12,530 | |
| SCHEDULE G - Executory Contracts | Yes | — | | | |
| SCHEDULE H - CoDebtors | Yes | 1 | | | |
| SCHEDULE I - Income | Yes | 1 | | | 3,090 |
| SCHEDULE J - Expenditures | Yes | 1 | | | 2,523 |
| | | | $ 177,640 | $ 195,747 | |

In Re:    **Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors**

Case No. : _____

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.  I have disclosed on the foregoing schedules all property or assets I may have an interest in, the correct value of it, and every debt I may be liable for.  I accept the risk that some debts won't be discharged.  I have been advised of the difference between Chapter 7 and Chapter 13, income & expense concepts, budgeting, and have made full disclosure.

Debtor's attorney has advised debtor that creditors can object to discharge of their debt on a variety of grounds includiung fraud, recent credit usage, divorce and support obligations and reckless conduct.

Debtor's attorney has advised debor that non-dischargeable debts such as taxes, student loans, fines by govenment units and liens on property of debtor are generally unaffected by bankruptcy.

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

**Sign: X** _____

Dated: _10  1  29_ /2004    **Matthew Phillip Arguin, Sr.**

**Sign: X** _____

Dated: _10 29_ /2004    **Marie Louise Arguin**

## SIGN AND DATE ABOVE

In Re: __Matthew Phillip Arguin, Sr. and Marie Louise Arguin / Debtors__

Case No. : _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statment concerning all such activities as well as the individual's personal affairs.

DEFINITIONS

"In business." A debtor is "in business" for the purpose of this statement if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101

01. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS: Identify all sources of income if there is more than one. State the gross amount of income debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the 2 years immediately preceding this case calendar year.

Debtor
2004..........: Approx. $ 12,396
2003..........: Approx. $ 70,000
2002..........: Approx. $ 50,000
Source........: Employment

Spouse     [x] None

02. INCOME OTHER THAN FROM EMPLOYMENT OF OPERATION OF BUSINESS: State the amount of income received by the debtor OTHER than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case. Include all payments received from any source. Indicate multiple sources of income.     [x] None

Spouse     [x] None

03. PAYMENTS TO CREDITORS: List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case. INCLUDE MORTGAGE AND VEHICLE PAYMENTS MADE IN THE LAST 3 MONTHS.     [x] None

03b PAYMENTS TO RELATIVES OR INSIDERS List all payments made within 1 year immediately preceding the commencement of this case or for the benefit of creditors who are or were insiders.     [x] None

04. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS: List all lawsuits & administrative proceedings you were a party to within 1 year of today, whether as a plaintiff or defendant or other party: include divorces, injury claims, employment claims and all others.     [x] None

. 04b:  WAGES OR ACCOUNTS GARNISHED: List all property that has been attached, garnished or seized      [x] None
under any legal or equitable process within 1 year.

05. REPOSSESSION, FORECLOSURES AND RETURNS:    List all property repossessed, sold at foreclosure
sale, deed in lieu of foreclosure, returned to the seller, within 1 year of filing this bankruptcy:

    Creditor/Seller.....: First Franklin
    Address............: 150 Allegheny Center Mall Pittsburg, PA 15212
    Date................: Foreclosure In Process
    Property Description: House
    Value..............: $156,000

06. ASSIGNMENTS AND RECEIVERSHIPS: List assignment of property for benefit of creditors within 120 days      [x] None
before filing this bankruptcy:

List any property in the hands of a custodian, receiver, or court-appointed official within 1 year of today.      [x] None

07. GIFTS: List all gifts or charitable contributions you made within 1 year before filing this bankruptcy case      [x] None
except ordinary & usual gifts or family members less than $200.00 total per individual family member, & charity
contributions less than $100.00 per recipient.

08. LIST ALL FIRE, THEFT OR GAMBLING LOSSES WITHIN 1 YEAR OF TODAY:      [x] None

09. LIST ALL PAYMENTS TO CREDIT COUNSELORS OR BANKRUPTCY ATTORNEYS INCLUDING PETER
FRANCIS GERACI: (by you, or by others for you, within 1 year of today)

    Payee...............: Law Offices of Peter Francis Geraci
    Address............: 55 East Monroe Street
    Address2........: Suite 3400
    Address3........: Chicago          IL 60603
    Date of Payment.: 10/26/04
    Payor...............: Debtor
    Payment/Value......:  2,700.00

In addition to Peter Francis Geraci and his employees of his firm, I hired, at no additional fee, attorneys listed on      [x] None
my contract of representation to work on my case.

10. If you transferred any property of any kind, either absolutely or as security, within 1 year of today, give      [x] None
details:  (Including but not limited to: vehicle trades, transfers or sales, loans against property, divorce transfers,
quit-claim deeds, trusts)

11.If you CLOSED or TRANSFERRED any checking savings, pension, stock, brokerage, mutual fund, credit      [x] None
union or other accounts within 1 year of today, list details:

12. LIST ANY SAFETY DEPOSIT BOXES OR OTHER DEPOSITORY PLACES the debtor has or had securities,      [x] None
cash, or other valuables within 1 year of today:

13. LIST ALL SETOFFS by any creditor, such as a bank or credit union, against a debt or deposit of yours within      [x] None
the past year.

14. LIST ALL PROPERTY THAT YOU HOLD FOR ANOTHER PERSON: (Including but not limited to: minor's      [x] None
accounts, vehicle in your name that is really someone else's, accounts or property or items you are on title to or
in possession of)

15. WHERE HAVE YOU LIVED IN LAST 2 YEARS:

    Prior Address: 9808 Maple Dr Aubrey, TX 76227
    Names(s)Used: Same
    Dates.......: 2002 to 2004

16. COMMUNITY PROPERTY STATES WISCONSIN & OTHERS: If you live or did live in a community property    [x] None
state or territory (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
Washington, or Wisconsin) in last 6 years, name your spouse & ex-spouse & the community property state.

17. ENVIRONMENTAL INFORMATION: "Environmental Law" means any federal, state, or local statute or    [x] None
regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into
the air, land, soil surface water, ground water, or other medium, including, but not limited to, statutes or
regulations regulating the cleanup of the these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently
or formerly owned or operated by the debtor, including, but not limited to, disposal sites."Hazardous material"
means anything defined as a hazardous waste, hazardous or toxic substances, pollutant, or contaminant, etc.
under environmental Law.

a. If you have received notice of violation of any ENVIRONMENTAL LAW VIOLATION, list name & address of    [x] None
every site & the governmental unit, date of the notice, & Environmental law:

b. If you provided notice of release of Hazardous Material, list name and address of every site and    [x] None
governmental unit.

c.If you were party to any Environmental Law judicial or administrative proceedings, orders or settlements, give    [x] None
the name & address of  governmental unit that is or was a party to the proceedings,& docket number.

18. a.List names, addresses,taxpayer ID #, nature  of business,begin & end dates all businesses,    [x] None
sole-proprietors, partnerships, corporations in which you had any interest, office, 5% of more voting or equity
interest within 6 years of today.  List same if debtor is partnership or corporation.
Name  Taxpayer ID#  ADDRESS NATURE  DATES
b. Identify any business listed above that is a "single asset real estate" as defined in 11 U.S.C. 101.

b.  Identify any business listed in subdivision a.that is "single asset real estate" as defined in 11 U.S.C. 101.    [x] None

19.  List all bookkeepers and accountants in the last 2 years who kept, or supervised the keeping of, your books    [x] None
of account and records.

[x] None

b. List all firms or individuals who have audited the books of account and records, or prepared a financial
statement of yours in the last 2 years.

c. List all firms or individuals who are now in    [x] None
possession of your books of account and records of the debtor. If any books or records are not available,
explain.

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a    [x] None
financial statement was issued within the last 2 years.

20. INVENTORIES    [x] None
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

b. List the name and address of the person having possession of the records of each of the two inventories    [x] None
reported in a., above.

21A. Only if you are a partnership, list nature and percentage of interest of each member of it.    [x] None

b. Only if debtor is a corporation, list officers & directors; each stockholder who directly or indirectly owns,    [x] None
controls, or holds 5% or more of the voting or equity securities of the corporation.

22.  ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.                    [x] None

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated          [x] None
within 1 year immediately preceding the commencement of this case.

23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION, list withdrawals or distributions or payments,          [x] None
bonuses, loans etc. to insiders, including compensation in any form, in past year.

24. ONLY IF YOU ARE A CORPORATION, list information of parent corporation and taxpayer ID number in last          [x] None
6 years.

25. ONLY IF debtor is not an individual, list name & federal taxpayer ID number of any pension fund to which          [x] None
debtor, as an employer, was responsible for contributing in last 6 years.

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR
I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and
any attachments thereto and that they are true and correct.

**Sign: X** _____

Dated: _10_ / _29_ /2004    Matthew Phillip Arguin, Sr.

**Sign: X** _____

Dated: _10_ / _29_ /2004    Marie Louise Arguin

## SIGN AND DATE ABOVE AFTER READING IT

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5
years or both.  18 U.S.C. SS 152 and 3571.

Americredit
Bankruptcy Department
PO Box 351
Fortworth, TX 76101

AmeriCredit
Bankruptcy Department
PO Box 351
Fortworth, TX 76101

Capital One
Bankruptcy Department
PO Box 34631
Seattle, WA 98124

CBA Collection Bureau
Bankruptcy Dept
25954 Eden Landing Rd
Haywood, CA 94545

Central DuPage Hospital
Bankruptcy Department
25 N. Winfield Rd.
Winfield, IL 60190

Central DuPage Hospital
Bankruptcy Department
25 N. Winfield Rd.
Winfield, IL 60190

Central DuPage Hospital
Bankruptcy Department
25 N. Winfield Rd.
Winfield, IL 60190

Christopher Baily D.C
Bankruptcy Dept
721 I 35 E. South Ste 140
Denton, TX 76205

Coserve Electric
Bankruptcy Dept
7701 S. Stemmons Hwy
Corinth, TX 76210

Denton County Tax
Bankruptcy Dept
Po Box 90223
Denton, TX 76202

Denton Medical Center
C/O Ansher Collections Svcs
1816 3rd Ave N
Birmingham, AL 35203

Denton Regional Health
Bankruptcy Dept
Po obx 2548
Sherman, TX 75091

Denton Regional Medical Ctr
C/O Corp Of America
400 E. Anderson Ln Ste 300 Po
Box 16468
Austin, TX 78761

Dinton Medical Center
Bankruptcy Dept
220 Sunset Blvd Ste A
Sherman, TX 75092

DirecTV
Attn: Bankruptcy Dept.
PO Box 9001069
Louisville, KY 40290

Financial Control Group
Bankruptcy Dept
Po BOx 21626
Waco, TX 76702

First Franklin
Bankruptcy Department
PO Box 1838
Pittsburgh, PA 15230

Get Smart Visa
Bankruptcy Department
PO Box 9539
Manchester, NH 03108

Lab Corp
C/O Credit Collections Svcs
2 Wells Ave
Newton, MA 02459

Medical Imaging Of Denton
Bankruptcy Dept
Po Box 814310
Dallas, TX 75381

Mohrokh A. Hedayatil M.D
Bankruptcy Dept
319 N. Bonnie Brae
Denton, TX 76201

Orchard Bank
Attn: Bankruptcy Dept.
941 Corporate Center Dr.
Pomona, CA 91768

Orchard Bank
Attn: Bankruptcy Dept.
941 Corporate Center Dr.
Pomona, CA 91768

Paramount Cardio Associates
Bankruptcy Dept
319 N. Bonnie Brae
Denton, TX 76201

Paramount Recovery
Bankruptcy Dept
111 E. Center St
Lorena, TX 76655

Providence
C/O Mustang Water
5315 US Highway 377 S.
Aubrey, TX 76227

Providence Homeowners Assoc.
c/o Bird & shaw
4114 McMillan Ave.
Dallas, TX 75206

Quest Diagnostics, Inc.
Bankruptcy Department
PO Box 64500
Baltimore, MD 21264

SBC
Bankruptcy Department
PO Box 5072
Saginaw, MI 48605

Simply Wireless
Bankruptcy Dept
2730 Prosperity Ave
Fairfax, VA 22031

Ted Dunson DDS
2446 Lillian Pkwy Ste B
Denton TX 76205

West Central Anesgroup
Bankruptcy Dept
Po BOx 1123
Jackson, MI 49204

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN  DIVISION

In Re:   **Matthew Phillip  Arguin, Sr. and Marie Louise Arguin / Debtors**

---

### VERIFICATION OF CREDITOR MATRIX

---

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated:_____10____/___29___/2004

Matthew Phillip  Arguin, Sr.

Dated:___10___/___29___/2004

Marie Louise Arguin

## SIGN AND DATE ABOVE